FILED

2009 JUN 18 PM 4:44

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    **Plaintiff,**<br><br>v.<br><br>**ALFRED DWIGHT WATKINS,**<br> **aka ALFRED DWIGHT**<br> **WATKINS, JR.**<br> **aka DWIGHT WATKINS,**<br><br>    **Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CRIMINAL NO. **A09 CR-288 SS**

**I N F O R M A T I O N**
[Count 1: Dealing Firearms without a
License, 18 U.S.C. § 922(a)(1)(A); Count 2:
Unlawful User of a Controlled Substance in
Possession of a Firearm, 18 U.S.C.
§ 922(g)(3)]

**THE ACTING UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**Dealing Firearms without a License**
**18 U.S.C. § 922(a)(1)(A)**

Beginning or about January 3, 2009, and continuing until on or about March 31, 2009, in the

Western District of Texas, the defendant,

**ALFRED DWIGHT WATKINS**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United

States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT TWO**
**Unlawful User of a Controlled Substance in Possession of a Firearm**
**18 U.S.C. § 922(g)(3)**

On or about March 31, 2009, in the Western District of Texas, the defendant,

ALFRED DWIGHT WATKINS

who being an unlawful user of a controlled substance as defined in Title 21, United States Code,

Section 802, did knowingly possess in and affecting commerce firearms, to wit:

a.   One Smith & Wesson, Model 48-4, .22 caliber revolver;
b.   One Ruger, Model Mark II, .22 caliber pistol;
c.   One North American Arms, Unknown model, .22 caliber mini revolver;
d.   One Kimber, Model Ultra CDPII, .45 caliber pistol;
e.   One Kimber, Model Ultra CDPII, .45 caliber pistol;
f.   One Kimber, unknown model, .45 caliber pistol;
g.   One Smith & Wesson, Model 66, .357 caliber revolver;
h.   One Glock, Model 19, 9 mm caliber pistol;
i.   One Glock, Model 30, .45 caliber pistol;
j.   One Kimber, Model Classic Royal, .45 caliber pistol;
k.   One Glock, Model 21, .45 caliber pistol;
l.   One Glock, Model 17, 9 mm pistol;
m.   One Ruger, Model Blackhawk, .45 caliber revolver;
n.   One Springfield Armory, Model Trophy Match, .45 caliber pistol;
o.   One Marlin, Model Papoose, .22 caliber rifle;
p.   One Springfield Armory, Model 199-A1, .45 caliber pistol;
q.   One Colt, Model Combat Commander, .45 caliber pistol;
r.   One Springfield Armory, Model 1911-A1, .45 caliber pistol;
s.   One Colt, Model Python, .357 caliber revolver;
t.   One Smith & Wesson, Model 686, .357 caliber revolver;
u.   One Colt, Government Model, Mark IV Series 70, .45 caliber pistol;
v.   One Colt, Model 1911, .45 caliber pistol;
w.   One Ruger, Model Super Blackhawk, .44 magnum caliber;
x.   One Colt, Government Model, Mark IV Series 70, .45 caliber pistol;
y.   One Colt, Government Model, .45 caliber pistol;
z.   One Colt, Model Mustang Pocket Lite, .380 caliber pistol;
aa.   One Colt, Model 1927 pistol, 11.25 mm;
bb.   One Kimber, Model Ultra CDPII, .45 caliber pistol;
cc.   One Gesichert, Model S42, 9 mm pistol;
dd.   One Remington, Model 700, 7 mm caliber rifle;
ee.   One Remington, Model 1100 LT-20, 20 GA. shotgun;
ff.   One Remington, Model 700, .270 caliber rifle;

gg.    One Remington, Model 1100, 12 GA. shotgun;
hh.    One Remington, Model 700, .300 caliber rifle;
ii.    One Marlin, Model 60, .22 caliber LR;
jj.    One Remington, Model 7400, .243 caliber rifle;
kk.    One Marlin, Model 600, .22 LR caliber;
ll.    One Marlin, Model 60, .22 LR caliber;
mm.    One IMBEL, Model L1A1 Sporter, .308 caliber rifle;
nn.    One Mossberg, Model 590, 12 GA. shotgun;
oo.    One Russian SKS, Model 45, 7.62 x 39 mm caliber rifle;
pp.    One Remington, Model 700, 6 mm caliber rifle;
qq.    One Springfield Armory, Model SAR-48, 7.62 x 39 mm caliber rifle;
rr.    One Remington, Model 700, .270 caliber rifle;
ss.    One Remington, Model 700, .243 caliber rifle;
tt.    One Marlin, Model 60, .22 caliber rifle;
uu.    One Arsenal Inc., Model SLR-101S, 7.62 x 39 mm caliber rifle;
vv.    One Polytech, Model AK-47/S, 7.62 x 39 mm caliber rifle;
ww.    One Russian SKS-45, Model Unknown, 7.62 x 39 mm caliber rifle;
xx.    One SKS Style Rifle;
yy.    One SKS Style Rifle;
zz.    One SKS Style Rifle;
aaa.    One SKS Style Rifle;
bbb.    One Remington, Model 700, 6 mm caliber rifle;
ccc.    One Remington, Model 700, .270 caliber rifle;
ddd.    One Kimber, Model UltraTen CDPII, .45 caliber pistol;
eee.    One Glock, Model 23, .40 caliber pistol;
fff.    One Glock, Model 22, .40 caliber pistol;
ggg.    One Marlin, Model 60, .22LR caliber rifle;
hhh.    One Glock 21, .45 caliber pistol;
iii.    One Colt, M1991A1, .45 caliber pistol;
jjj.    One Llama, Model Minimax 9, 9 mm pistol;
kkk.    One Glock, Model 22, .40 caliber pistol;
lll.    One SKS Style rifle; and
mmm.    One Stevens, Model 200, .223 caliber rifle,

which had been shipped and transported in interstate and foreign commerce, in violation of Title

18, United States Code, Section 922(g)(3).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
**[18 U.S.C. §§ 922(a)(1)(A), (g)(3) and subject to forfeiture pursuant to**
**18 U.S.C. § 924(d)(1), made applicable by 28 U.S.C. § 2461]**

**<u>Forfeiture Statutes Relating to Firearms</u>**
**[Title 18 U.S.C. § 924(d)(1)]**

As a result of the foregoing criminal violations as set forth in Counts One (1) and Two (2), which are punishable by imprisonment for more than one year, the United States gives notice that it intends to forfeit, but is not limited to, the below listed properties from DEFENDANT ALFRED DWIGHT WATKINS. Said Defendant shall forfeit all right, title and interest in said properties to the United States pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to 28 U.S.C. § 2461, which states the following:

> **Title 18 U.S.C. § 924.**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922 . . . or willing violation of any other provision of this chapter . . . shall be subject to seizure and forfeiture, . . . .

This Notice of Demand for Forfeiture includes but is not limited to the following:

a.   One Smith & Wesson, Model 48-4, .22 caliber revolver, serial number 28K0541;
b.   One Ruger, Model Mark II, .22 caliber pistol, serial number 219-38049;
c.   One North American Arms, Unknown model, .22 caliber mini revolver, serial number Z34726;
d.   One Kimber, Model Ultra CDPII, .45 caliber pistol, serial number KU32977;
e.   One Kimber, Model Ultra CDPII, .45 caliber pistol, serial number KU21492;
f.   One Kimber, unknown model, .45 caliber pistol, serial number K018228;
g.   One Smith & Wesson, Model 66, .357 caliber revolver, serial number AVW7464;
h.   One Glock, Model 19, 9 mm caliber pistol, serial number FCA261;
i.   One Glock, Model 30, .45 caliber pistol, serial number HHM698;
j.   One Kimber, Model Classic Royal, .45 caliber pistol, serial number K066368;
k.   One Glock, Model 21, .45 caliber pistol, serial number HZS806;
l.   One Glock, Model 17, 9 mm pistol, serial number GAT643;
m.   One Ruger, Model Blackhawk, .45 caliber revolver, serial number 45-18477;
n.   One Springfield Armory, Model Trophy Match, .45 caliber pistol, serial number NM155059;
o.   One Marlin, Model Papoose, .22 caliber rifle, serial number 06130916;
p.   One Springfield Armory, Model 199-A1, .45 caliber pistol, serial number N481321;

q.    One Colt, Model Combat Commander, .45 caliber pistol, serial number 70BS24856;

r.    One Springfield Armory, Model 1911-A1, .45 caliber pistol, serial number N524874;

s.    One Colt, Model Python, .357 caliber revolver, serial number V88814;

t.    One Smith & Wesson, Model 686, .357 caliber revolver, serial number AEZ6942;

u.    One Colt, Government Model, Mark IV Series 70, .45 caliber pistol, serial number 70B45766;

v.    One Colt, Model 1911, .45 caliber pistol, serial number 0701;

w.    One Ruger, Model Super Blackhawk, .44 magnum caliber, serial number 80-25535;

x.    One Colt, Government Model, Mark IV Series 70, .45 caliber pistol, serial number 08918B70;

y.    One Colt, Government Model, .45 caliber pistol, serial number C91012;

z.    One Colt, Model Mustang Pocket Lite, .380 caliber pistol, serial number PL59274;

aa.    One Colt, Model 1927 pistol, 11.25 mm, serial number 104597;

bb.    One Kimber, Model Ultra CDPII, .45 caliber pistol, serial number KU27128;

cc.    One Gesichert, Model S42, 9 mm pistol, serial number 1625;

dd.    One Remington, Model 700, 7 mm caliber rifle, serial number B6647277;

ee.    One Remington, Model 1100 LT-20, 20 GA. shotgun, serial number M892376K;

ff.    One Remington, Model 700, .270 caliber rifle, serial number 6274771;

gg.    One Remington, Model 1100, 12 GA. shotgun, serial number N758888V;

hh.    One Remington, Model 700, .300 caliber rifle, serial number C6755536;

ii.    One Marlin, Model 60, .22 caliber LR, serial number 11166568;

jj.    One Remington, Model 7400, .243 caliber rifle, serial number 8252315;

kk.    One Marlin, Model 600, .22 LR caliber, serial number 10388080;

ll.    One Marlin, Model 60, .22 LR caliber, serial number 14361730;

mm.    One IMBEL, Model L1A1 Sporter, .308 caliber rifle, serial number 118159;

nn.    One Mossberg, Model 590, 12 GA. shotgun, serial number R190727l;

oo.    One Russian SKS, Model 45, 7.62 x 39 mm caliber rifle, serial number RH202272;

pp.    One Remington, Model 700, 6 mm caliber rifle, serial number 377896;

qq.    One Springfield Armory, Model SAR-48, 7.62 x 39 mm caliber rifle, serial number SA-2473;

rr.    One Remington, Model 700, .270 caliber rifle, serial number A6445970;

ss.    One Remington, Model 700, .243 caliber rifle, serial number 6738432;

tt.    One Marlin, Model 60, .22 caliber rifle, serial number 11222003;

uu.    One Arsenal Inc., Model SLR-101S, 7.62 x 39 mm caliber rifle, serial number AD400546;

vv.    One Polytech, Model AK-47/S, 7.62 x 39 mm caliber rifle, serial number P47-05412;

ww.    One Russian SKS-45, Model Unknown, 7.62 x 39 mm caliber rifle, serial number RH202227;

xx.    One SKS Style Rifle, serial number H51389;

yy.    One SKS Style Rifle, serial number CR31G4;

zz.    One SKS Style Rifle, serial number LP827;

aaa.    One SKS Style Rifle, serial number LP1837;

bbb.    One Remington, Model 700, 6 mm caliber rifle, serial number 6700981;

ccc.    One Remington, Model 700, .270 caliber rifle, serial number B6217169;

ddd.    One Kimber, Model UltraTen CDPII, .45 caliber pistol, serial number KPA13642;

eee.  One Glock, Model 23, .40 caliber pistol, serial number FHH092;

fff.  One Glock, Model 22, .40 caliber pistol, serial number KZB407;

ggg.  One Marlin, Model 60, .22LR caliber rifle, serial number 13357660;

hhh.  One Glock 21, .45 caliber pistol, serial number EXF302;

iii.  One Colt, M1991A1, .45 caliber pistol, serial number CP01714;

jjj.  One Llama, Model Minimax 9, 9 mm pistol, serial number 07-04-13177-98;

kkk.  One Glock, Model 22, .40 caliber pistol, serial number ADM827;

lll.  One SKS Style rifle, serial number L-456509;

mmm.  One Stevens, Model 200, .223 caliber rifle, serial number G804676; and

nnn.  Fifty-nine thousand (59,000), more or less, rounds of ammunition seized on March 31, 2009, from the residence of Alfred Dwight Watkins.

JOHN E. MURPHY
Acting United States Attorney

By:

JENNIFER S. FREEL
Assistant United States Attorney
State Bar No.  24051327
816 Congress Avenue, Suite 1000
Austin, Texas  78701
Office  (512) 916-5858
Fax     (512) 916-5854